IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-264-BO

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOBANI GONZALEZ-TREJO AND | ) | |
| EDILBERTO ANGELES-GUZMAN | ) | |
| | ) | |

The Government's Motion in Limine is DENIED. Objections will be entertained at trial.

SO ORDERED, this 15 day of September, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE